AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR - 3 2008
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JEROME CAULFIELD | ) Case No: 00-253 (N) |
|  | ) USM No: 26636-034 |
| Date of Previous Judgment: November 21, 2001 | ) Robert Early |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ✔ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ✔ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is **reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Because this Defendant received the benefit of a 5K motion, his original sentence was 120 months. The Court chooses not to reduce Defendant's sentence further.

Except as provided above, all provisions of the judgment dated 11/21/2001 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 3, 2008

Judge's signature

Effective Date: March 13, 2008           Kurt D. Engelhardt, United States District Judge
(if different from order date)           Printed name and title

Fee ___
Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___